1052

[No. 12175-8-I. Division One. January 21, 1985.]

*In the Matter of the Marriage of* DAVID R.
GOLOB, *Petitioner, and* MARY K. GOLOB,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 81-3-09910-0, Stephen M. Gaddis, J. Pro
Tem., entered January 18, 1982. *Reversed* and *remanded*
by unpublished opinion per Ringold, J., concurred in by
Corbett, C.J., Williams, J., dissenting.

[Nos. 11801-3-I; 13112-5-I. Division One. January 21, 1985.]

PLASTICS ENGINEERING & MANUFACTURING CORPORATION,
ET AL, *Respondents,* v. WILLIAM H.
MERRITT, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for King
County, No. 80-2-04940-2, H. Joseph Coleman, J., entered
May 5, 1982, and April 1, 1983. *Remanded* by unpublished
opinion per Scholfield, A.C.J., concurred in by Swanson and
Williams, JJ.

[No. 11888-9-I. Division One. January 21, 1985.]

*In the Matter of the Marriage of* ROBERT MURRAY
CUNNINGHAM, *Appellant, and* NETTIE MARGARET
CUNNINGHAM, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D-121268, Rosselle Pekelis, J., entered May
14, 1982. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Ringold, J., Corbett, C.J., dissenting.